UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 5:22-CR-227-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALVESTER AARON WILLIAMS, JR. ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for the August 22, 2023, term of court in Wilmington. The case is hereby CONTINUED to 10/24/2023 in Wilmington, North Carolina.

This 15th day of June 2023.

_____
Richard E. Myers II
Chief United States District Judge