IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00227-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVESTER AARON WILLIAMS, JR. | ) | |

This matter comes before the court on the United States' consent motion for an order of restitution pursuant to 18 U.S.C. §§ 3663 and 3663A.[1] DE 60. For good cause shown, the motion is GRANTED. The Defendant is ORDERED to pay restitution, which shall be distributed to the following compensable victims in the amounts set forth below. The Clerk of the Court is directed to file an Amended Judgment in accordance with this order. At the parties' request, the hearing currently scheduled on January 26, 2024, is VACATED.

| Name | Restitution Amount |
|---|---|
| **First National Bank of Pennsylvania** c/o Fraud Restitution PO Box 6031 Hermitage, PA 16148 | $20,231.97 |

---

[1] The Defendant's sentencing hearing was conducted on October 27, 2023. At the Government's request, determination of restitution was deferred for ninety days pursuant to 18 U.S.C. § 3664(d)(5).

| Name | Restitution Amount |
|---|---|
| **Victim G.S.** Fayetteville, NC | $335.00 |
| **Victim S.W.** Hope Mills, NC | $120.00 |

SO ORDERED this 22d day of January, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Judge