IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00227-M-KS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVESTER AARON WILLIAMS, JR.,

    Defendant.

SUPPLEMENTAL ORDER

This matter comes before the court sua sponte pursuant to Rule 36 of the Federal Rules of Criminal Procedure. This order serves to supplement the terms of the order of restitution issued by this court on January 22, 2024 (DE 61):

With respect to the restitution ordered, the court finds that the Defendant is without the ability to pay interest, so interest on the restitution amount is, therefore, waived.

Payment of restitution shall be due and payable in full immediately. However, if the Defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program (IFRP). The court orders that the Defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered Defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $50 per month to begin sixty (60) days after the Defendant's release from prison. At the time of the Defendant's release, the probation officer shall take into consideration the Defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

The Clerk of the Court shall issue an Amended Judgment consistent with this order and the order issued January 22, 2024.

SO ORDERED this 29th day of January, 2024.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE